FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 22, 2019

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JAIME P. SUAREZ,

Defendant.

No. 1:16-PO-08137-MKD-1

ORDER GRANTING DEFENDANT'S MOTION TO DISMISS CASE WITHOUT PREJUDICE AND GRANTING DEFENDANT'S MOTION TO EXPEDITE AND STRIKING STATUS HEARING

**ECF Nos. 39, 40**

Before the Court are Defendant's unopposed Motion to Dismiss Case Without Prejudice (ECF No. 39) and unopposed Motion to Expedite (ECF No. 40). For the reasons set forth in the motions;

IT IS HEREBY ORDERED:

1. The Motion to Expedite (ECF No. 40) is GRANTED.
2. The Motion to Dismiss Case Without Prejudice (ECF No. 39) is GRANTED.

3. This case shall be DISMISSED WITHOUT PREJUDICE.

4. The status hearing currently scheduled for Friday, January 25, 2019 at 10:00 AM in Yakima, Washington is STRICKEN.

5. The District Court executive is directed to file this order, provide copies to counsel, and close the file.

DATED January 22, 2019.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE