FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 01, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:16-PO-08137-MKD-1 |
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION TO DISMISS CASE WITH PREJUDICE AND AMENDING PRIOR ORDER OF DISMISSAL |
| vs. | |
| JAIME P. SUAREZ, | |
| Defendant. | ECF No. 42 |

Before the Court is Defendant's Motion to Dismiss Case with Prejudice (ECF No. 42). For the reasons set forth in the motion;

IT IS HEREBY ORDERED:

1. The Motion to Dismiss Case with Prejudice (ECF No. 42) is GRANTED.

2. The Court's prior Order of Dismissal (ECF No. 41) is AMENDED. This case shall be DISMISSED WITH PREJUDICE.

3. The District Court executive is directed to file this order, provide copies to counsel, and close the file.

DATED August 1, 2019.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 1